**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 01-7463**

———

JOHN CORDERO,

                                        Plaintiff - Appellant,

        versus

UNITED STATES DISTRICT COURT FOR THE DISTRICT
OF SOUTH CAROLINA,

                                        Defendant - Appellee.

———

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., Chief Dis-
trict Judge.  (CA-01-2368-3-17-BD)

———

Submitted:  November 9, 2001        Decided:  November 26, 2001

———

Before WILKINS, MICHAEL, and MOTZ, Circuit Judges.

———

Affirmed by unpublished per curiam opinion.

———

John Cordero, Appellant Pro Se.

———

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John Cordero appeals from the district court's order denying his motion filed under Fed. R. Civ. P. 60(b), in which he sought to challenge certain orders in his criminal case. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Cordero v. United States Dist. Court, No. CA-01-2368-3-17-BD (D.S.C. July 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2